■ DAMIEN OWENS et al., Appellants, v CITY OF NEW YORK et al., Respondents. [630 NYS2d 248] —Appeal by the plaintiffs, as limited by their brief, from stated portions of an order of the Supreme Court, Queens County (Price, J.), dated May 6, 1994.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Price at the Supreme Court. Mangano, P. J., O'Brien, Ritter, Pizzuto and Florio, JJ., concur.